O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FINK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>　　　　　Respondent. | Case No. CV 21-02396-CAS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation ("Report"), and Petitioner's objections to the Report. The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on March 23, 2021, to which Petitioner has objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action without prejudice.

DATED: June 29, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE