# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FINK,<br><br>            Petitioner,<br><br>    v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>            Respondent. | Case No. CV 21-02396 CAS (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: June 29, 2021

*Christina a. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE